IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

**BRIAN STUBBS**                                                                                                      **PLAINTIFF**

vs.                       **CASE NO. 4:07CV00149 JMM**

**IC CORPORATION**                                                        **DEFENDANT**

### ORDER OF WITHDRAWAL

The Clerk of the Court is directed to withdraw the Order of Dismissal (Docket No. 10) and to seal the docket entry.

IT IS SO ORDERED this   14    day of   November  , 2007.

_____
James M. Moody
United States District Judge