IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRIAN STUBBS**                                                                                 **PLAINTIFF**

**v.**                                       **NO. 4-07-CV-00149 JMM**

**IC CORPORATION**                                                                       **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties and their agreement that the case should be dismissed with prejudice, the complaint and all claims in this action are hereby dismissed with prejudice. Each party shall bear its own costs and fees herein.

IT IS SO ORDERED this 14th day of November, 2007.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE